David S. Kahn, Esq.
Nevada Bar No. 007038
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Trevor Hatfield, Esq.
Nevada Bar No. 007373
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street
11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com
trevor.hatfield@wilsonelser.com

Attorneys for Plaintiff
CHANEL, INC.

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., a New York corporation,  Plaintiff, v. SIMON SERO, SMITH JOHSON and BINHAN YANG, individuals, and DOES 1-10  Defendants. | Case No. 2:10-cv-00758-KJD-PAL |

**ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

WHEREAS Plaintiff Chanel, Inc., ("Chanel") filed its Motion For Order Authorizing Alternate Service of Process on Defendants Simon Sero, an individual, Smith Johson, an

- 1 -

individual, and Binhan Yang, an individual (collectively the "Defendants") ( (together, the "Defendants"), Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiff's Motion");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summons and the Complaint in this matter upon the Defendants via electronic mail ("e-mail"); and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Motion, hereby grants Plaintiff's Motion and grants leave to Plaintiff to serve the Summons, the Complaint, and all subsequent pleadings, motions, and discovery, upon Defendant Simon Sero at the e-mail addresses allthebesthandbags@hotmail.com and allthebesthandbags@gmail.com; upon Defendant Binhan Yang at the e-mail addresses 490409633@qq.com and allthebesthandbags@gmail.com; and upon Defendant Smith Johnson at the email addresses 8509093327@qq.com and allthebesthandbags@gmail.com pursuant to Federal Rule of Civil Procedure 4(f)(3).

DONE AND ORDERED in Las Vegas, Nevada, this __1__ day of _Sept_ .2010.

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)